```
 1  GOLDSMITH & HULL/File #C104-00214
    A Professional Corporation
 2  Scott M. Gitlen   (94596)
    16000 Ventura Blvd., Suite 900
 3  Encino, CA 91436-2760
    Tel.: (818) 990-6600
 4  Fax: (818) 990-6140
 5
    Attorneys for Plaintiff
 6
```

FILED
CLERK, U.S. DISTRICT COURT
APR 6 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ACV05-00317 |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| JOHN M. PADILLA, | |
| Defendant. | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) JOHN M. PADILLA on __4-6-05__ for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) JOHN M. PADILLA, the sum of $82,827.18 principal, $5,324.14 accrued pre-judgment; $0.00 penalties/administrative charges; $192.50 court cost,

//
//
//

✓ Docketed
— Copies / NTC Sent
✓ JS - 5 / JS - 6
— JS - 2 / JS - 3
— CLSD

DOCKETED ON CM
APR - 6 2005
BY _____   004

1 | for a total of $88,343.82 plus interest from March 24, 2005 at the rate of $9.08 per
2 | day to date of entry of judgment. Judgment to accrue interest at the legal rate until
3 | paid.

5 | DATE: 4-6-05

SHERRI R. CARTER, CLERK OF THE COURT
U.S. District Court Central District of California

BY: _____
SHARON HALL-BROWN
DEPUTY CLERK